UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>                                                       )   DOCKET NO. 19-cr-10249-IT<br>                                                       )<br>JUSTIN WATSON                          ) | |

**MOTION TO MODIFY SUPERVISED RELEASE CONDITION**

The defendant, Justin Watson, hereby moves this Honorable Court to modify his supervised release condition related to home confinement, as imposed at his sentencing hearing on August 1, 2022.[1] After conferring with Mr. Watson and with United States Probation, undersigned counsel understands that Mr. Watson is presently working three different jobs, two of which ordinarily have fixed schedules but often require emergency coverage and one of which is commission-based and does not have a fixed schedule. Specifically, Mr. Watson's work schedule, as provided to U.S. Probation is: 1) for the produce company, 7 days per week, 5:30 a.m. to 12:00 p.m., but often extending as late as 8:00 p.m. depending on deliveries and location areas; and 2) as a security officer, Tuesdays and Saturdays, 4:00 p.m. to 12:00 a.m., and often necessitating last-minute coverage shifts for other employees on other days. He has a third job involving sales for a security company which is commission-based and for which he is on a flexible schedule, which he often uses to fill the gaps in his other work schedules.

As such, setting a fixed, consistent home confinement schedule presents a difficulty in this case, where the location monitoring necessary to monitor compliance with home confinement requires a minimum of three (3) days' advance notice to change or modify any leave request.

---

[1] A judgment has not yet issued in this case, but the sentence imposed was 1 year of supervised release, with the first four months to be served on home confinement, with leave for work, and legal and medical appointments. *See* D.E. # 151.

Counsel submits that home confinement with a fixed curfew of 12:30 a.m. to 5:00 a.m. would instead permit Mr. Watson to continue the productive, positive activities of his employment, and satisfy the sentencing goals of rehabilitation, deterrence, and just punishment.

Pursuant to Local Rule 7.1, counsel conferred with the government and understands that the government does not assent to this motion.

>Respectfully Submitted,
>JUSTIN WATSON,
>By his attorneys
>
>*/s/ Sandra Gant*
>Sandra Gant
>BBO #: 680122
>*/s/ Stylianus Sinnis*
>BBO #: 560148
>Federal Public Defender Office
>51 Sleeper Street, 5th Floor
>Boston, MA 02210
>Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 2, 2022.

>*/s/ Sandra Gant*
>Sandra Gant